**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-562**

---

In Re: MELVIN ABDULLAH EL-AMIN,

Petitioner.

---

On Petition for Writ of Mandamus.
(CA-98-889-CCB, CA-98-214-CCB)

---

Submitted:  November 5, 1998      Decided:  November 18, 1998

---

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Melvin Abdullah El-Amin, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Melvin Abdullah El-Amin has filed a petition for mandamus in this court seeking the district court to vacate its prior orders dismissing his actions on the grounds of judicial bias and conflict of interest. Although mandamus is a proper avenue to seek judicial recusal, recusal is not warranted in this case because petitioner has failed to allege extrajudicial bias. <u>See</u> <u>In re Beard</u>, 811 F.2d 818, 826-27 (4th Cir. 1987). Accordingly, we deny the petition for the writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2